UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WALTER EDGARDO SANTAMARIA HENRIQUEZ,

Petitioner,

v.

BRUCE SCOTT, *et al.*,

Respondents.

Case No. C26-2962-SKV

ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING

This is a federal habeas action proceeding under 28 U.S.C. § 2241. Petitioner filed his petition on August 20, 2026, challenging an immigration judge's discretionary bond decision under 8 U.S.C. § 1225(b) as unlawful. Dkt. 1. He seeks release or a bond hearing under 8 U.S.C. § 1226(a). *Id.* at 23-24.

Petitioner attended an immigration merits hearing during this case's pendency, at which he was ordered removed to Honduras. *See* Dkt. 8, ¶ 10. The immigration court set the appeal deadline to appeal the IJ's order as September 17, 2026. *Id.*

The record does not reflect whether Petitioner appealed the final order of removal. If Petitioner did not appeal and he is now subject to a final order of removal, Petitioner is subject to a 90-day mandatory detention under 8 U.S.C. § 1231(a)(1). *See* 8 U.S.C. § 1231(a)(2)(A); *see*

*also Zadvydas v. Davis*, 533 U.S. 678, 683 (2001). Such mandatory detention would conflict with Petitioner's request for habeas relief in this case. Accordingly, the Court hereby ORDERS as follows:

(1) By no later than **12:00 PM on Wednesday September 23, 2026**, the parties shall submit supplemental briefing, not to exceed 1,250 words, that addresses what legal significance, if any, a final order of removal has on Petitioner's pending habeas petition and requested relief.

(2) If Petitioner's order of removal is not final, and Petitioner's detention remains under §§ 1225(b) or § 1226(a), the parties may file a joint status report at any time indicating as such.

(3) The Clerk shall send copies of this Order to counsel of record for the parties.

Dated this 21st day of September, 2026.

S. KATE VAUGHAN
United States Magistrate Judge